# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00362-CV

**The Franklin Center for Government and Public Integrity and Jon Cassidy, Appellants**

**v.**

**University of Texas System, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-15-003417, THE HONORABLE TIM SULAK, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants' brief on appeal was originally due July 22, 2019. On counsel's motions, the time for filing was extended to October 21, 2019. Appellants' counsel has now filed a fourth motion, requesting that the Court extend the time for filing appellants' brief. We grant the motion for extension of time and order appellants to file a brief no later than November 20, 2019. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on October 24, 2019.

Before Justices Goodwin, Baker, and Kelly